UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 8:25-cv-01587-DOC-JDE                              Date: September 11, 2025
2:25-cv-06658-DOC-JDE

Title: Shadi Kranitz et al v. BTL Industries, Inc. et al
Nicole King et al v. BTL Industries, Inc. et al

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER TO SHOW CAUSE RE: CONSOLIDATION**

  Plaintiffs—and any Defendants who would like to be heard—are ordered to file a status report of no more than two-and-a-half pages explaining why 8:25-cv-01587 should or should not be consolidated with related case 2:25-cv-06658 by Friday, September 26, 2025. If the cases should be consolidated, Plaintiff should be prepared to file a consolidated complaint in the low-numbered case. The Parties shall file their status reports in both 8:25-cv-01587 and 2:25-cv-06658 if they are named in both cases.

  The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                    Initials of Deputy Clerk: kdu

CIVIL-GEN