**DARCY & DEVASSY PC**
David Alexander Darcy, Esq. (CSBA # 189315)
444 N. Michigan Avenue, Suite 3270
Chicago, IL 60611
(312) 784-2400 Telephone
(312) 784-2410 Facsimile
adarcy@darcydevassy.com
*Attorney for Defendant Dext Capital, LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHADI KRANITZ, an individual; DR. SHADI CONCIERGE MEDSPA, a California Corporation; NICOLE KING, an individual; COSMO CONTOUR & SPA LLC, a California limited liability company; JENNIFER TABIZA, an individual; and JENNIFER TABIZA OPTOMETRIST, APC, a California professional corporation; *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>BTL Industries, Inc., a Delaware Corporation; MMP CAPITAL, LLC, a Delaware limited liability company; DEXT CAPITAL, LLC, a Delaware limited liability company; TIMEPAYMENT CORP., a Delaware Corporation; NORTH MILL CREDIT TRUST, a Delaware Association; AMUR EQUIPMENT FINANCE, INC., a Nebraska corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 8:25-cv-1587-DOC-JDE<br><br>**DEFENDANT DEXT CAPITAL, LLC'S MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>Date: March 30, 2026<br>Time: 8:30am<br>Courtroom: 10A<br>(Ronald Reagan Federal Building and United States Courthouse, Santa Ana) |

# DEFENDANT DEXT CAPITAL, LLC'S MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)

PLEASE TAKE NOTICE THAT on March 30, 2026 at 8:30 a.m., or as soon thereafter as it may be heard, in Courtroom 10A of the above-titled Court located at the Ronald Reagan Federal Building and United States Courthouse, 411 West 4th Street, Room 1053, Santa Ana, CA 92701, Defendant DEXT CAPITAL, LLC ("Dext") will and hereby does move this Court for an Order dismissing SHADI KRANITZ, DR. SHADI CONCIERGE MEDSPA, NICOLE KING, COSMO CONTOUR & SPA LLC, JENNIFER TABIZA, and JENNIFER TABIZA OPTOMETRIST, APC's (collectively, "Plaintiffs") First Amended Class Action Complaint pursuant to Fed. R. Civ. P. 12(b)(6), as to Dext.

Plaintiffs' First Amended Class Action Complaint should be dismissed for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6), because the Plaintiffs fail to plead essential elements of each of its causes of action against Dext on each count of the First Amended Class Action Complaint. Dext incorporates its Memorandum of Points and Authorities in Support of its Motion, filed contemporaneously herewith.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on December 5, 2025 via email and on December 8, 2025 via Zoom. After the conference of counsel, the parties were unable to reach a resolution that eliminated the necessity for a hearing.

WHEREFORE, Defendant DEXT CAPITAL, LLC respectfully requests that this Court grant its Motion to Dismiss First Amended Class Action Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and dismiss the Complaint with prejudice.

Dated: December 15, 2025             DARCY & DEVASSY PC,

                         By:   /s/ David Alexander Darcy

                         David Alexander Darcy
                         444 N. Michigan Ave., Suite 3270
                         Chicago, IL 60611
                         (312) 784-2400
                         (312) 784-2410 (Fax)
                         adarcy@darcydevassy.com
                         Counsel for Defendant
                         Dext Capital, LLC