1 **DARCY & DEVASSY PC**
David Alexander Darcy, Esq. (CSBA # 189315)
2 444 N. Michigan Avenue, Suite 3270
Chicago, IL 60611
3 (312) 784-2400 Telephone
(312) 784-2410 Facsimile
4 adarcy@darcydevassy.com
*Attorney for Defendant Dext Capital, LLC*
5

6 **UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
7

8 SHADI KRANITZ, an individual; DR. | Case No. 8:25-cv-1587-DOC-JDE
SHADI CONCIERGE MEDSPA, a
9 California Corporation; NICOLE
KING, an individual; COSMO
10 CONTOUR & SPA LLC, a California | **DEFENDANT DEXT CAPITAL,**
limited liability company; JENNIFER | **LLC'S MOTION TO TRANSFER**
11 TABIZA, an individual; and | **VENUE PURSUANT TO 28 U.S.C.**
JENNIFER TABIZA | **§1404(a)**
12 OPTOMETRIST, APC, a California
13 professional corporation; *on behalf of*
*themselves and all others similarly* | Date: March 30, 2026
14 *situated*, | Time: 8:30am
Courtroom: 10A
15 | (Ronald Reagan Federal Building and
Plaintiffs, | United States Courthouse, Santa Ana)
16
v.
17
BTL Industries, Inc., a Delaware
18 Corporation; MMP CAPITAL, LLC, a
Delaware limited liability company;
19 DEXT CAPITAL, LLC, a Delaware
limited liability company;
20 TIMEPAYMENT CORP., a Delaware
Corporation; NORTH MILL CREDIT
21 TRUST, a Delaware Association;
AMUR EQUIPMENT FINANCE,
22 INC., a Nebraska corporation; and
DOES 1-10, inclusive,
23
Defendants.
24

25

26

27

28

DEFENDANT DEXT CAPITAL, LLC'S MOTION TO TRANSFER VENUE

### DEFENDANT DEXT CAPITAL, LLC'S
### MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. §1404(a)

PLEASE TAKE NOTICE THAT on <u>March 30, 2026</u> at <u>8:30 a.m.</u>, or as soon thereafter as it may be heard, in <u>Courtroom 10A</u> of the above-titled Court located at the <u>Ronald Reagan Federal Building and United States Courthouse, 411 West 4th Street, Room 1053, Santa Ana, CA 92701</u>, Defendant DEXT CAPITAL, LLC ("Dext") will and hereby does move this Court for an Order seeking to transfer venue pursuant to 28 U.S.C. §1404(a).

Plaintiffs' First Amended Class Action Complaint should be transferred to the contractually agreed-upon forums per the mandatory forum selection clauses under 28 U.S.C. §1404(a), because Oregon and, alternatively, New York, are the proper forums to resolve the dispute. Dext incorporates its Memorandum of Points and Authorities in Support of its Motion, filed contemporaneously herewith.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on December 5, 2025 via email and on December 8, 2025 via Zoom.  After the conference of counsel, the parties were unable to reach a resolution that eliminated the necessity for a hearing.

WHEREFORE, Defendant DEXT CAPITAL, LLC respectfully requests that this Court grant its Motion to Transfer Venue pursuant to 28 U.S.C. §1404(a).

1

Dated:  December 15, 2025                    DARCY & DEVASSY PC,

2

3                                    By:    /s/ David Alexander Darcy

4
                                            David Alexander Darcy
5                                           444 N. Michigan Ave., Suite 3270
                                            Chicago, IL 60611
6                                           (312) 784-2400
                                            (312) 784-2410 (Fax)
7                                           adarcy@darcydevassy.com
                                            Counsel for Defendant
8                                           Dext Capital, LLC

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT DEXT CAPITAL, LLC'S MOTION TO TRANSFER VENUE